```
            IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

JAMMIE D. HUDSON,                    \*

    Petitioner,                  \*

vs.                                  \*

                                             CASE NO. 4:07-CV-35 (CDL)

BILLY BROWN, Warden,                 \*

    Respondent.                  \*

                                              \*

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on July 9, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 6th day of August, 2007.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE